ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAY 2 5 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10  DAVID GEORGE LOGAN, JR.,          )   Case No. SACV 10-513 DSF (AN)
                                      )
11          Petitioner,               )   JUDGMENT
                                      )
12      v.                            )
                                      )
13  MATTHEW CATE, Secretary, warden,  )
                                      )
14          Respondent.               )
                                      )
15  _____ )

16

17          IT IS HEREBY ADJUDGED THAT this action is dismissed with prejudice for the

18  reasons stated in the related Order.

19

20

21  DATED: May 24, 2010

22                                        _____
                                          DALE S. FISCHER
23                                        UNITED STATES DISTRICT JUDGE

24                                        ENTERED - SOUTHERN DIVISION
                                          CLERK, U.S. DISTRICT COURT
25
                                          MAY 2 5 2010
26
                                          CENTRAL DISTRICT OF CALIFORNIA
27                                        BY _____ DEPUTY

28